676 A.2d 1088

STATE OF NEW JERSEY v. GEORGE SANFORD BOWMAN.

April 3, 1996.

ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

676 A.2d 1089

CIBA–GEIGY CORP. v. LIBERTY MUTUAL INSURANCE CO.

April 4, 1996.

ORDER

Leave to appeal is granted.